# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-02107-REB

JESSICA PARSONS LACK,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

This matter is before the court *sua sponte*. The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). (*See* **Joint Case Management Plan** ¶ 9 [#13], filed January 4, 2016.) To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[1] If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

**THEREFORE, IT IS ORDERED** as follows:

1. That by February 3, 2016, the parties may sign and file the attached form of consent; and

---

[1] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."

2. That on completion of pre-merits management, the court shall issue an appropriate order of reference directing the clerk of the court to assign this matter to a United States Magistrate Judge.

Dated January 4, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge